**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

**Civil Action No.: 09-cv-00341-CMA-KLM**        FTR - Reporter Deck - Courtroom C-204
                                                 Byron G. Rogers United States Courthouse
**Date: May 21, 2009**                           Courtroom Deputy, Kathleen Finney

_____

JOHN M. PICKENS,                                 Michael S. Krieger

    **Plaintiff(s),**
v.

EIGHTH DISTRICT ELECTRICAL PENSION               Ellen M. Kelman
  FUND, and
THE BOARD OF TRUSTEES OF THE EIGHTH
  DISTRICT ELECTRICAL PENSION FUND,
    **Defendant(s).**
_____
            **COURTROOM   MINUTES  /  MINUTE   ORDER**
_____

**HEARING: TELEPHONIC   DISCOVERY   CONFERENCE**
**Court in session: 1:33 p.m.**
Court calls case.  Telephonic appearance of counsel.

Discovery Conference is held to discuss Plaintiff's Motion for Written Discovery and Inspection of Computer Records [Doc. No. 11, filed May 15, 2009].

Plaintiff's counsel provides the background and basis of the discovery dispute.

**It is ORDERED:**   Plaintiff's Motion for Written Discovery and Inspection of Computer Records is **GRANTED.**  Defendant shall permit a computer expert to review Defendant's computer system for the sole purpose of determining any information regarding the generation, execution, or mailing of the disputed letter. Defendants shall answer or object to the written discovery within 30 days of today's date.

HEARING CONCLUDES.

**Court in recess: 1:58 p.m.**                                         Total In-Court Time:   00:25

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.